|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| CONNIE BELTHIUS,<br><br>               Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>the Social Security Administration,<br><br>               Defendant. | CASE NO. 12-cv-05293 BHS-JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND | |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976).  This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration.  (ECF No. 27.)

After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and order that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits pursuant to  Title II

1  of the Social Security Act be REVERSED and REMANDED pursuant to sentence four of 42

2  U.S.C. § 405(g) to the Commissioner of Social Security for a *de novo* hearing.  On remand, the

3  ALJ should reevaluate the medical and other opinions of record, reevaluate plaintiff's credibility,

4  and reassess plaintiff's residual functional capacity.  If necessary, the ALJ should obtain

5  supplemental vocational expert testimony

6        This Court further recommends that the ALJ take any other actions necessary to develop

7  the record.  In addition, plaintiff should be allowed to submit additional evidence and arguments

8  to the ALJ on remand.

9        Given the facts and the parties' stipulation, the Court recommends that the District Judge

10  immediately approve this Report and Recommendation and order the case be **REVERSED** and

11  **REMANDED** pursuant to sentence four of  42 U.S.C. § 405(g).

12        Dated this 6th day of December, 2012.

13

14                                     J. Richard Creatura

15                                     United States Magistrate Judge

16

17

18

19

20

21

22

23

24