1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
9                         AT TACOMA

10  CONNIE BELTHIUS,

11              Plaintiff,                    CASE NO. 12-cv-05293 BHS-JRC

12       v.                                   REPORT AND RECOMMENDATION
                                              ON STIPULATED MOTION FOR
13  MICHAEL J. ASTRUE, Commissioner of        REMAND
    the Social Security Administration,
14
                Defendant.
15

16       This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28

17  U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews,*

18  *Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976).  This matter is before the Court on

19  defendant's stipulated motion to remand the matter to the administration for further

20  consideration.  (ECF No. 27.)

21       After reviewing defendant's stipulated motion and the relevant record, the undersigned

22  recommends that the Court grant defendant's motion, and order that the Commissioner's

23  decision in regard to Plaintiff's application for disability insurance benefits pursuant to  Title II

24

of the Social Security Act be REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for a *de novo* hearing.  On remand, the ALJ should reevaluate the medical and other opinions of record, reevaluate plaintiff's credibility, and reassess plaintiff's residual functional capacity.  If necessary, the ALJ should obtain supplemental vocational expert testimony

This Court further recommends that the ALJ take any other actions necessary to develop the record.  In addition, plaintiff should be allowed to submit additional evidence and arguments to the ALJ on remand.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case be **REVERSED** and **REMANDED** pursuant to sentence four of  42 U.S.C. § 405(g).

Dated this 6th day of December, 2012.

J. Richard Creatura
United States Magistrate Judge