UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CONNIE BELTHIUS, | Civil No. 3:12-CV-05293-BHS |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

It is hereby ORDERED that attorney's fees in the amount of $4372.77 (for work performed by Victoria Chhagan in the amount of $3674.60 and work by Elie Halpern in the amount of $698.17), and expenses in the amount of $26.27 (for postage and fax charges) be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d), as well as costs of 363.40 for postage and fax charges be awarded to Plaintiff pursuant to 28 U.S.C. §1920.  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Elie Halpern's address: Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502.  If no debt subject to offset exists, payment shall be made to Elie Halpern.

DATED this 15th day of January, 2013.

*/s/ Benjamin H. Settle*
BENJAMIN H. SETTLE
United States District Judge

Page 1     ORDER - [3:12-CV-05293-BHS]

Presented by:

s/ Kathy Reif
KATHY REIF
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3851
Fax:  (206) 615-2531
kathy.reif@ssa.gov